**No. 65326.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/18320 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MARCH 21, 1961

**No. 65327.**—Belf & Lustig, Inc., et al. *v.* United States, protests 59/33139, etc. Protests abandoned February 6, 1961.   (Not published.)   (Initial No. 202147–K.)   Plaintiffs' application for rehearing denied by LAWRENCE, J., and FORD, J.   RAO, J., dissented.

BEFORE THE FIRST DIVISION, MARCH 27, 1961

**No. 65328.**—Harold A. Whipple Corp. et al. *v.* United States, protests 59/3329, etc. (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

**No. 65329.**—B. Altman & Co. et al. *v.* United States, protests 58/13404, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.